**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1057**

BILONDA WA KALONJI; ALULA NICKY KADIMA,

      Petitioners,

    v.

ERIC H. HOLDER, JR., Attorney General,

      Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: August 19, 2010      Decided: September 13, 2010

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Elizabeth A. Kohler, LAW OFFICES OF RICHARD S. BROMBERG, Washington, D.C., for Petitioners. Tony West, Assistant Attorney General, Francis W. Fraser, Senior Litigation Counsel, Linda Y. Cheng, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bilonda Wa Kalonji and Alula Nicky Kadima, natives and citizens of the Democratic Republic of the Congo, petition for review of an order of the Board of Immigration Appeals (Board) denying their motion to reopen and reconsider. We have reviewed the administrative record and find no abuse of discretion in the denial of relief on Petitioners' motion. See 8 C.F.R. §§ 1003.2(a), (b), (c) (2010). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Wa Kalonji (B.I.A. Dec. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2